**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-00029-WLS |
| | : | |
| MICHELLE MEADOWS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

The Court previously scheduled a status conference for **Tuesday, November 3, 2026**. (Doc. 92.) The Court, on its own motion, continues the status conference and will notice a new status conference date by separate order. Accordingly, the parties are **ORDERED** to inform the Courtroom Deputy of their availability for a new status conference date.

**SO ORDERED**, this 1st day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**